# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-3052

Henry Okpala v. John Lucian, et al

1-14-cv-01443

# O R D E R

The Court has received the Amended Informal Brief received on 11/2/15 from **Henry Uche Okpala**.

**The brief does not comply with the following Court requirements:**

<u>**Form of Brief-See FRAP 32(a)- The following aspect(s) of the brief is/are non-compliant**</u>

**.** Amended Brief submitted without a motion to do as such

In order to cure errors with respect to FORM, **Henry Uche Okpala** must file a motion for leave to file amended brief. Please note: The brief received on 10/23/15 is different from the brief received 11/2/15.

The deadline for the next brief will be determined by Order or from the service date of the compliant brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 11/16/2015. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4917, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  11/9/2015

**cc:**     Robert K. Beste III, Esq.
        Robert S. Campbell Jr., Esq.

**Jared Green, Esq.**
**John E. Lucian, Esq.**
**Henry Uche Okpala**