UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 2, 2015
ACO-O23
*AMENDED

No. <u>15-3052</u>

HENRY UCHE OKPALA,
Appellant

v.

JOHN JOSEPH LUCIAN; JOHN EDWARD LUCIAN;
LIBERTY MUTUAL INSURANCE COMPANY;
SERVICEMASTER RESTORATION OF MONTGOMERY,
FREDERICK, HOWARD & WASHINGTON COUNTIES

(D. Del. No. 1-14-cv-01443)

Present:  SHWARTZ, <u>Circuit Judge</u>

1) Motion by Appellant for Leave to File Pro Se Informal Brief Out of Time

2) Response by Appellees John E. Lucian and John Joseph Lucian in Opposition to Motion to File Out of Time

3) Response by Appellee Liberty Mutual Insurance Company in Opposition to Motion to File Out of Time

4) Motion by Appellant to File Amended Informal Brief Out of Time

5) Response by Appellee Liberty Mutual Insurance Company in Opposition to Motion to File Amended Informal Brief

Respectfully,
Clerk/eaf

_____ORDER_____
The foregoing Motions are considered.  The motion by Appellant to File Amended Informal Brief out of Time is granted. Appellant's Amended Informal Brief will be filed as of the date of this Order. Appellee's Brief shall be filed no later than January 11, 2016. Reply Brief shall be filed no later than February 1, 2016.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated:    December 9, 2015
EAF/cc:     Henry Uche Okpala
            All Counsel of Record