UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-3052

Henry Okpala v. John Lucian et al.

1-14-cv-01443

**<u>Lucian Appellees' Joinder in Brief of Appellee Liberty Mutual Insurance Co.</u>**

Appellees John E. and John. J. Lucian, in lieu of filing their own brief and in the interests of judicial economy, hereby join in the appellate brief filed by Appellee Liberty Mutual Insurance Co. as if the same is set forth fully herein.

In addition, because Appellant makes no legal arguments beyond those he raised in the district court, the Lucians continue to rely upon the arguments contained in their motion to dismiss (S.A. 17/USDC Dkt. No. 11) and reply brief in support thereof (USDC Dkt. No. 20).

For these reasons, the Lucians respectfully request that this Court affirm the ruling of the district court.

> */s/ John E. Lucian*
> John E. Lucian, Esq.
> 130 N. 18th Street
> Philadelphia, PA 19103
> 215-569-5500
> lucian@blankrome.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2016, a copy of the foregoing was caused to be sent by U.S. mail to Appellant, Henry Okpala, P.O. Box 9675, Newark, DE 19714, and served by ECF on counsel for the other Appellees.

> */s/ John E. Lucian*